IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**JENNIFER NEELY**                                                                                         **PLAINTIFF**

**v.**                                                        **CIVIL ACTION NO.: 3:23-cv-2-JMV**

**COMMISSIONER OF SOCIAL SECURITY**                                     **DEFENDANT**

## JUDGMENT

For the reasons given in this Court's Order [20] entered on August 22, 2023, it is hereby ordered and adjudged that the Commissioner's decision is **affirmed.**

**SO ORDERED,** this the 22nd day of August, 2023.

                                                      /s/ Jane M. Virden
                                                    UNITED STATES MAGISTRATE JUDGE